# OF DEFENDANTS: 14

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

UNITED STATES OF AMERICA

v.

SEALED INDICTMENT

CR. NO.: 2:20-CR-643

21 USC § 841(a)(1)
21 USC § 841(b)(1)(A)
21 USC § 841(b)(1)(B)
21 USC § 841(b)(1)(C)
21 USC § 841(b)(1)(D)
21 USC § 846
21 USC § 848
18 USC § 2
18 USC § 924(c)(1)(A)(i)
18 USC § 924(d)(1)
21 USC § 853
21 USC § 881
28 USC § 2461(C)

A True BILL

[redacted]

The within Indictment was received and sealed by the Court at 3:06 a.m./p.m./ on October 20, 2020.

☐ (Single-defendant case only): Upon the arrest of the defendant, it is ordered that the Indictment be unsealed.

☐ (Single and multi-defendant cases): When a named defendant is arrested, the United States Attorney is authorized to disclose an appropriately-redacted copy of the Indictment to the United States Magistrate Judge, that defendant, that defendant's attorney (if any), and the United States Probation Office. The Indictment is to remain sealed until further order of the Court.

All Bench Warrants and any documents related to service are to be issued under seal.

UNITED STATES MAGISTRATE JUDGE

Columbia, South Carolina
October 20, 2020